JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINE GUTIERREZ,<br><br>Plaintiff,<br><br>v.<br><br>FORD MOTOR COMPANY, a Delaware Corporation; CITRUS MOTORS ONTARIO, INC., a California Corporation, dba CITRUS FORD dba CITRUS KIA; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 5:19-cv-00228-JGB-SP<br><br>(Removed from Superior Court of California, County of San Bernardino, Case No. CIVDS1833350)<br><br>**ORDER GRANTING JOINT STIPULATION TO REMAND PLAINTIFF'S CASE TO CALIFORNIA SUPERIOR COURT**<br><br>*Assigned for all purposes to the Honorable **Jesus G. Bernal***<br><br>Action Filed:   December 28, 2018 |

-1-

ORDER GRANTING JOINT STIPULATION

**ORDER**

BASED ON THE PARTIES' STIPULATION AND GOOD CAUSE APPEARING THEREFORE, this Court hereby remands this matter to the California Superior Court, County of San Bernardino.

IT IS SO ORDERED.

DATED: May 21, 2019

_____
HONORABLE JESUS G. BERNAL,
UNITED STATES DISTRICT JUDGE